NEW YORK COUNTY.—HON. D. G. ROLLINS, SURRO-
GATE.—December, 1887.

MATTER OF JOHNSTON.

*In the matter of the estate of* JOHN JOHNSTON, *de-
ceased.*

A guardian ad litem, in a Surrogate's court, will employ counsel at his own
expense.

SETTLEMENT of decree admitting will to probate.

THE SURROGATE.—The decree proposed by counsel
for the proponent herein makes provision for the award
of $250, as compensation to special guardian Pren-
tiss, for his services in behalf of certain infant heirs
at law and next of kin of the testator. I think that
similar provision should be made for the compensation
of special guardian Spelissy for his services in behalf
of other infants.

It has never been the practice of this court to make
any allowance to a special guardian for his counsel
fees and the application made for such an allowance
in the case at bar must be denied.

I have signed and settled a decree admitting the
testator's will to probate and directing the issuance of
letters testamentary to the executor. I have adopted
and signed the findings of fact and conclusions of law
proposed by proponent's counsel as the "decision in
writing" contemplated by Code Civ. Pro., § 2545
(Matter of Hoyt, 5 *Dem.*, 284).